IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3164 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE ANTONIO GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Defendant has filed a motion to dismiss with a request for evidentiary hearing and oral argument. This case is presently set for trial before the undersigned on February 2, 2009. Because of the pending motion,

IT IS ORDERED:

Trial of this matter is continued until further order following resolution of the defendant's motion to dismiss (filing no. 34).

DATED this 22nd day of January, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge