IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3164 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE ANTONIO GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion for an enlargement of time (filing 49) is granted, as follows:

The plaintiff shall have until April 3, 2009, to respond to the defendant's objection to the magistrate judge's report and recommendation (filing 47).

March 31, 2009.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge