IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:08CR3164 |
| | ) | |
| JOSE ANTONIO GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue the deadline for filing a brief in support of defendant's variance motion, filing 66, from October 13, 2009, until October 14, 2009.  The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his brief in support of his variance motion no later than Tuesday, October 14, 2009.

Dated October 13, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge